BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $19,700.00 IN U.S. CURRENCY,<br><br>  Defendant. | 1:15-MC-00040-AWI<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and claimant Brad William Moreno ("Claimant"), by and through their respective counsel, as follows:

1. On or about April 13, 2015, Claimant filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the approximately $19,700.00 in U.S. Currency (hereafter "Defendant Currency"), which was seized on or about January 22, 2015.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the Defendant Currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than Claimant has filed a claim to the Defendant Currency as required by law in the administrative forfeiture proceeding.

1

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the Court extends the deadline for good cause shown or by agreement of the parties.  That deadline is July 12, 2015.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to October 9, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture shall be extended to October 9, 2015.

Dated:   7/9/15                              BENJAMIN B. WAGNER
                                             United States Attorney

                                       By:   /s/ Jeffrey A. Spivak
                                             JEFFREY A. SPIVAK
                                             Assistant U.S. Attorney


Dated:   7/9/15                              /s/ Dixie Dan Powell
                                             DIXIE DAN POWELL
                                             Attorney for Claimant
                                             Brad William Moreno


IT IS SO ORDERED.

Dated:  July 10, 2015                        _____
                                             SENIOR  DISTRICT  JUDGE

Stipulation and Order to Extend Time